UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Nathan Ravell

       v.                        Civil No. 10-cv-420-JL

NH State Prison, Warden

O R D E R

After oral argument on Defendant's Motion for Summary Judgment, Document #9, the motion is granted. Petitioner's Writ of Habeas Corpus, Document #1, is denied.

The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

March 22, 2012

cc: Nathan Ravell, pro se
    Elizabeth Woodcock, Esq.